```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AMERICA SMART CITIES, INC.,                         :
                       Plaintiff,     :
                                             :
         -against-              :
                                             :      24-CV-5108 (VEC)
                                             :
DORMITORY AUTHORITY OF THE STATE OF:      ORDER
NEW YORK, NEW YORK STATE LIQUOR     :
AUTHORITY OFFICE OF CANNABIS                :
MANAGEMENT, DR. EMORY ALEXANDER,   :
M.D., & REUBEN MCDANIEL III,                        :
                                 Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 3, 2024, Defendants Alexander and McDaniel filed a Notice of Removal ("Notice") in this Court, *see* Dkt. 1; and

       WHEREAS, although the Notice stated that the Complaint that Plaintiff had filed in New York County Supreme Court was attached to the Notice as Exhibit A, no exhibit was attached.

       IT IS HEREBY ORDERED that Defendants must file the Complaint in the state action that they seek to remove on the docket by no later than **July 9, 2024**.

**SO ORDERED.**

Date: **July 8, 2024**
       New York, New York

                                                          **VALERIE CAPRONI**
                                                       **United States District Judge**